IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMI LARSEN, in her individual capacity, and as natural parent and legal guardian of RYAN LARSEN, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>SAPRY COUNTY SCHOOL DISTRICT 77-0027 d/b/a PAPILLION LA VISTA COMMUNITY SCHOOL DISTRICT, and JANE DOES 1-3, individually, and in their official capacities,<br><br>Defendants. | CASE NO. 8:23-cv-00190<br><br><br><br>**DEFENDANT'S MOTION TO DISMISS** |

In response to the Complaint filed by Tammi Larsen, individually and on behalf of her son Ryan Larsen (Plaintiffs), Defendant Sarpy County School District 77-0027 d/b/a Papillion La Vista Community School District ("PLCS"), pursuant to Fed. R. Civ. P. 12(b)(1), (6), hereby moves to dismiss Plaintiffs' Complaint in its entirety for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

WHEREFORE, PLCS respectfully requests that the Court enter an order dismissing Plaintiff's Complaint in its entirety against PLCS pursuant to Fed. R. Civ. P. 12(b)(1), (6).

DATED: July 14, 2023

SARPY COUNTY SCHOOL DISTRICT 77-0027<br>
d/b/a PAPILLION LA VISTA COMMUNITY<br>
SCHOOL DISTRICT,<br>
Defendant

By:   /s/Charles E. Wilbrand<br>
Charles E. Wilbrand - #2488<br>
Grant M. Paschke - #27747<br>
KNUDSEN, BERKHEIMER,<br>
RICHARDSON & ENDACOTT, LLP<br>
3800 VerMaas Place, Suite 200<br>
Lincoln, Nebraska 68502<br>
(402) 475-7011<br>
Fax: (402) 475-8912<br>
cwilbrand@knudsenlaw.com<br>
gpaschke@knudsenlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 14, 2023 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice of the filing to the registered attorneys of record in this matter, including the Plaintiffs' attorneys indicated below, along with sending it via first class mail:

Sean M. Conway
Chandler | Conway, PC LLO
1018 Dodge Street, Suite 5
Omaha, NE 68102
sean@chandlerconway.com

and

Michael B. Duffy
Fraser Stryker, PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
mduffy@fraserstryker.com

By:   Charles E. Wilbrand<br>
Charles E. Wilbrand