IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMI LARSEN, in her individual capacity, and as natural parent and legal guardian of Ryan Larsen, a minor child;<br><br>Plaintiff,<br><br>vs.<br><br>PAPILLION LA VISTA COMMUNITY SCHOOL DISTRICT, and JANE DOES 1-3, individually, and in their official capacities;<br><br>Defendants. | **8:23CV190**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, this case is dismissed without prejudice.

Dated this 1st day of November, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge